UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **VIOLATIONS:** |
| **COREY GIRMAN,** | 18 U.S.C. § 2252(a)(2) |
| Defendant | **(Conspiracy to Distribute Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about April 30, 2017 and October 23, 2018, in the District of Columbia and elsewhere, the defendant, **COREY GIRMAN**, did combine, conspire, confederate, and agree, with co-conspirators known and unknown, to knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Conspiracy to Distribute Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

Respectfully submitted,

MICHAEL SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:/s//Amy E. Larson
Amy E. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov